UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THAIS ELIYUSDARY CORONADO
VILLAMIZAR,

                        Plaintiff,

            -against-

JOSEPH B. EDLOW, in his official capacity,

                        Defendant.

26-CV-3799 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) requesting that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated:  May 8, 2026
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge